# File a Court document:

[22-10525 Clifford H Stubbe](#)

Type: bk                Chapter: 13 v                Office: 1 (Mobile)
Assets: y               Case Flag: PlnDue, LBF283, B121, TRFinal, DebtEd

## U.S. Bankruptcy Court

## Southern District of Alabama

Notice of Electronic Filing

The following transaction was received from McNichol, Lana entered on 3/23/2022 at 2:54 PM CDT and filed on 3/23/2022
**Case Name:**         Clifford H Stubbe
**Case Number:**      22-10525
**Document Number:** 3

**Docket Text:**
Notice to Debtor(s) of Incomplete Filing(s): Chapter 13 Calculation of Your Disposable Income (Official Form 122C-2). Chapter 13 Plan (Local Form). Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period (Official Form 122C-1). Creditor matrix (a list of creditor(s) names and addresses). Declaration About an Individual Debtors Schedules (Official Form 106Dec). Disclosure of Compensation of Attorney For Debtor (Official Form 2030). Notice Required by 11 U.S.C. 342(b) for Individuals Filing for Bankruptcy (Official Form 2010). Schedules A through J. Summary of Your Assets and Liabilities and Certain Statistical Information (Official Form 106Sum). Verification of Official Creditor List (Initial or Supplemental) (ALSB LBF 1007 (12/19)). Your Statement About Your Social Security Numbers (Official Form 121).

Failure to file the required document(s), by the deadline, will result in a Show Cause hearing.

(RE: related document(s)[1] Voluntary Petition (Chapter 13) filed by Clifford H Stubbe). Due Date for Refiled Document 4/11/2022. (LJM)

The following document(s) are associated with this transaction:

**22-10525 Notice will be electronically mailed to:**


**22-10525 Notice will not be electronically mailed to:**

Clifford H Stubbe
9565 Hwy 84
Evergreen, AL 36401