Form oshowcause

# United States Bankruptcy Court

Southern District of Alabama

### Case No. 22–10525
**Chapter 13**

In re:

Clifford H Stubbe
9565 Hwy 84
Evergreen, AL 36401

Social Security No.:
xxx–xx–3910

## ORDER

This matter is before the Court *sua sponte*. To date, the following required documents have not been received:

**Failure to file Form B121 and Creditor Matrix.**

Therefore, the Court determines that **Clifford H Stubbe** should appear and show cause as to why this *case should not be dismissed*, and/or the *attorney's fee should not be reduced*, and/or the *attorney should not be sanctioned* for failure to comply.

It is hereby ORDERED that **Clifford H Stubbe** shall appear before this Court on **4/6/22** at **08:30 AM** at **Courtroom 2 West, John Archibald Campbell US Courthouse, 113 St. Joseph Street, Mobile, AL 36602–3606** and SHOW CAUSE as to the failure to comply with Notice to Correct issued by the Court.

Dated: 3/25/22

/s/ Henry A. Callaway
HENRY A. CALLAWAY
CHIEF U.S. BANKRUPTCY JUDGE