UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA

IN RE:  CASE NO. 22-10525-HAC-13
Clifford H. Stubbe

DEBTOR

## TRUSTEE'S MOTION TO DISMISS

Daniel B. O'Brien, Trustee in this Chapter 13 proceeding, respectfully moves the Court for an order dismissing this case for failure of the Debtor to file the following document(s) as required:

- Plan
- Schedules
- Tax Returns
- Pay Advices
- 122C, Summary of Your Assets and Liabilities, and Statement of Financial Affairs

WHEREFORE, the Trustee moves the Court for an order dismissing this case or for other orders as the Court deems appropriate.

DATED: April 07, 2022

/s/ Daniel B. O'Brien
Daniel B. O'Brien
CHAPTER 13 TRUSTEE

## CERTIFICATE OF SERVICE

I certify that on April 07, 2022, I served a copy of the above motion to the parties listed as follows:

**By Electronic Notification:**

PRO SE

**By First Class Mail:**

Clifford H. Stubbe
9565 Hwy 84
Evergreen, AL 36401

/s/ Daniel B. O'Brien
Daniel B. O'Brien
CHAPTER 13 TRUSTEE